UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Karissa Len Ashley Linde**                                                                **Docket No. 5:14-MJ-2435-1**

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Karissa Len Ashley Linde, who, upon an earlier plea of guilty to 18 U.S.C. § 113, Simple Assault, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on June 1, 2016, to a 12 month term of probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is supervised in the District of Montana by U.S. Probation Officer Ashley Tierney. Officer Tierney reports that the defendant tested positive for marijuana use on June 14, 2016. Additionally, she reports that the defendant has had three disturbance contacts with law enforcement, consumed alcohol to excess and has been charged with Disorderly Conduct and Verbal Assault. As a result, Officer Tierney is requesting that the conditions of supervision be modified to include substance abuse counseling and testing, abstain from alcohol use, and participate in mental health counseling as required.

The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as directed by the United States Probation Office.

2. The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

3. The defendant shall participate in substance abuse testing to include not more than 365 urinalysis tests, not more than 365 breathalyzer tests, and not more than 36 sweat patch tests annually during the period of supervision. The defendant shall pay all or part of the costs of testing as directed by the United States Probation Office.

4. The defendant shall participate in a program for mental health treatment as deemed necessary by the United States Probation Officer, until such time as the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as directed by the United States Probation Office.

Except as herein modified, the judgment shall remain in full force and effect.

**Karissa Len Ashley Linde**
**Docket No. 5:14-MJ-2435-1**
**Petition For Action**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2537
Executed On: August 29, 2016

### ORDER OF THE COURT

Considered and ordered on August 29, 2016. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge